KAPLAN FOX & KILSHEIMER LLP
Laurence D. King (SBN 206423)
Mario M. Choi (SBN 243409)
350 Sansome Street, Suite 400
San Francisco, CA 94116
Telephone: (415) 772-4700
Facsimile: (415) 772- 4707
lking@kaplanfox.com
mchoi@kaplanfox.com

FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP
D. Greg Blankinship (*pro hac vice*)
Jean M. Sedlak (SBN 267659)
445 Hamilton Ave, Suite 605
White Plains, New York 10601
Telephone: (914) 298-3290
gblankinship@fbfglaw.com
jsedlak@fbfglaw.com

*Counsel for Plaintiff*
MONGKOL MAHAVONGTRAKUL

MASCHOFF BRENNAN
Michael I. Katz (CA State Bar No. 181728)
Quincy Chuck (CA State Bar No. 307857)
100 Spectrum Center Drive, Suite 1200
Irvine, California 92618
Telephone: (949) 202-1900
Facsimile: (949) 453-1104
mkatz@mabr.com
qchuck@mabr.com

*Attorneys for Defendant*
INLAND PRODUCTS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONGKOL MAHAVONGTRAKUL, individually and on behalf of other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>INLAND PRODUCTS, INC.,<br><br>Defendant. | Case No. 4:18-cv-07261-HSG<br><br>**STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-1 AND ORDER ENLARGING TIME TO FILE RESPONSE AND REPLY TO DEFENDANT'S MOTION TO DISMISS THE CLASS ACTION COMPLAINT**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 2, 4th Floor |

1   WHEREAS, Plaintiff Mongkol Mahavongtrakul ("Plaintiff") filed his Complaint against

2   Defendant Inland Products, Inc. ("Defendant") on November 30, 2018 [ECF No. 1];

3   WHEREAS, Defendant filed a Motion to Dismiss for Lack of Subject-Matter Jurisdiction (the

4   "Motion") on January 30, 2019, and set a date for the hearing on the Motion for April 25, 2019 (the

5   "Hearing") [ECF No. 16];

6   WHEREAS, Plaintiff's opposition to the Motion is currently due February 13, 2019, and

7   Defendant's reply in further support of the Motion is due February 20, 2019;

8   WHEREAS, Plaintiff has sought from Defendant an enlargement of time to respond to the

9   Motion;

10  WHEREAS, Defendant does not oppose enlargement of time to respond to the Motion;

11  WHEREAS, there have been no other time modifications in this matter; and

12  WHEREAS, the proposed enlargement of time to respond to the Motion will not affect the date

13  of the Hearing;

14  ACCORDINGLY, THE PARTIES JOINTLY STIPULATE AND RESPECTFULLY REQUEST

15  THAT THE COURT GRANT THE FOLLOWING ENLARGEMENT OF TIME:

16  Plaintiff shall have until February 27, 2019 to respond or otherwise oppose Defendant's Motion;

17  and

18  Defendant shall have until March 13, 2019 to reply in further support of its Motion.

Respectfully submitted,

**FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP**

DATED: February 8, 2019           By:    /s/ *D. Greg Blankinship*
                                  D. Greg Blankinship (*pro hac vice*)
                                  Jean M. Sedlak (SBN 267659)
                                  445 Hamilton Ave, Suite 605
                                  White Plains, New York 10601
                                  Telephone: (914) 298-3290
                                  gblankinship@fbfglaw.com
                                  jsedlak@fbfglaw.com

|     |                          |                                                                |
|-----|--------------------------|----------------------------------------------------------------|
| 1   |                          | **KAPLAN FOX & KILSHEIMER LLP**                                |
| 2   |                          | Laurence D. King (SBN 206423)                                  |
|     |                          | Mario M. Choi (SBN 243409)                                     |
| 3   |                          | 350 Sansome Street, Suite 400                                  |
|     |                          | San Francisco, CA 94116                                        |
| 4   |                          | Telephone: (415) 772-4700                                      |
|     |                          | Facsimile: (415) 772- 4707                                     |
| 5   |                          | lking@kaplanfox.com                                            |
|     |                          | mchoi@kaplanfox.com                                            |

*Counsel for Plaintiff*

**MASCHOFF BRENNAN**

DATED:  February 8, 2019

By:  /s/ *Michael I. Katz*
Michael I. Katz (CA State Bar No. 181728)
Quincy Chuck (CA State Bar No. 307857)
100 Spectrum Center Drive, Suite 1200
Irvine, California 92618
Telephone: (949) 202-1900
Facsimile: (949) 453-1104
mkatz@mabr.com
qchuck@mabr.com

*Attorneys for Defendant*
INLAND PRODUCTS, INC.

### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Mario M. Choi, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of February, 2019, at San Francisco, California.

                                              /s/ *Mario M. Choi*
                                              Mario M. Choi

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to stipulation, IT IS SO ORDERED. |
| 3 | |
| 4 | Dated: February 11, 2019 |

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge