1 | Michael I. Katz (CA State Bar No. 181728)
      E-Mail: mkatz@mabr.com
2 | Quincy Chuck (CA State Bar No. 307857)
      E-Mail: qchuck@mabr.com
3 | MASCHOFF BRENNAN
4 | 100 Spectrum Center Drive, Suite 1200
   | Irvine, California 92618
5 | Telephone: (949) 202-1900
   | Facsimile: (949) 453-1104

Attorneys for Defendant Inland Products, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MONGKOL MAHAVONGTRAKUL, individually and on behalf of other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>INLAND PRODUCTS, INC.,<br><br>Defendants. | Case No. 4:18-cv-07261-HSG<br><br>**DEFENDANT'S STATEMENT IN RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Complaint Filed: November 30, 2018 |

In response to the "Court's Order Directing Defendant to Show Cause Why The Motion to Dismiss Should Not Be Terminated In Light Of Plaintiff's Amended Complaint" (Dkt. No. 22.), Defendant Inland Products, Inc. ("Inland") responds as follows:

1. Inland agrees that the Motion to Dismiss for Lack of Subject-Matter Jurisdiction filed on January 30, 2019 ("Current Motion") and currently before the Court should be terminated to allow Inland to file a new Motion to Dismiss for Lack of Subject-Matter Jurisdiction ("New Motion") additionally addressing the First Amended Complaint (Dkt. No. 21.).

2. Inland proposes to file the New Motion by March 5, 2019.

3. Inland requests the Court allow Inland to reuse Current Motion hearing date of April 25, 2019, for the New Motion. The Current Motion and the New Motion concern a threshold jurisdictional issue which is in the Parties' interest to resolve expeditiously in this Action to avoid any delays to the prosecution of this Action.

4. There will be 50 days in between March 5, 2019 and April 25, 2019, allowing ample time to brief the issues for the Court. Inland proposes the following briefing schedule for the New Motion:

**March 5, 2019:**     **Inland's Motion to Dismiss**

**March 19, 2019:**    **Plaintiff's Opposition to New Motion**

**March 26, 2019:**    **Inland's Reply in Support of Motion to Dismiss**

**April 25, 2019:**    **Hearing on Inland's Motion to Dismiss**

DATED: February 27, 2019

Michael I. Katz
Quincy J. Chuck
MASCHOFF BRENNAN

By: ___/s/ Michael Katz___
       Michael I. Katz
Attorneys for Defendant Inland Products Inc.