**FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP**
D. Greg Blankinship (*pro hac vice*)
Jean M. Sedlak (SBN 267659)
445 Hamilton Ave, Suite 605
White Plains, New York 10601
Telephone: (914) 298-3290
gblankinship@fbfglaw.com
jsedlak@fbfglaw.com

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Mario M. Choi (SBN 243409)
350 Sansome Street, Suite 400
San Francisco, CA 94116
Telephone: (415) 772-4700
Facsimile: (415) 772- 4707
lking@kaplanfox.com
mchoi@kaplanfox.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

MONGKOL MAHAVONGTRAKUL,
individually and on behalf of others similarly
situated individuals,

      Plaintiff,

     v.

**INLAND PRODUCTS, INC.,**

      Defendant,

Case No.  4:18-cv-07261-HSG

**NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P.
41(a)(1)(A)(i)**

    **PLEASE TAKE NOTICE THAT** Plaintiff Mongkol Mahavongtrakul, by his attorneys,

hereby gives notice of the voluntary dismissal of his underlying action, without prejudice, pursuant

to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), with each side to bear its own costs.  In accordance with Fed.

R. Civ. P. Rule 41(a)(1)(A)(i), this voluntary dismissal has been filed before Defendant has filed an

answer or a motion for summary judgment and before certification of any class.

                    Respectfully submitted,

                    **FINKELSTEIN, BLANKINSHIP,
                    FREI-PEARSON & GARBER, LLP**

                    By: */s/ D. Greg Blankinship*
                         D. Greg Blankinship