UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONGKOL MAHAVONGTRAKUL,<br><br>Plaintiff,<br><br>v.<br><br>INLAND PRODUCTS, INC.,<br><br>Defendant. | Case No. 4:18-cv-07261-HSG (KAW)<br><br>**ORDER TERMINATING 3/25/19 DISCOVERY LETTER**<br><br>Re: Dkt. No. 34 |

On March 25, 2019, Defendant Inland Products, Inc. filed a discovery letter before the district court concerning the scope of discovery appropriate for the limited purpose of determining whether the amount in controversy is met to confer subject matter jurisdiction under the Class Action Fairness Act. (Letter, Dkt. No. 34 at 1.) Therein, Defendant represented that Plaintiff refused to provide his portion of the joint letter brief within a definitive timeframe. *Id.* at 3.

On March 27, 2019, all discovery matters in this case were referred to the undersigned. Accordingly, the discovery letter is TERMINATED. The parties are ordered to meet and confer within 7 days of this order, in person or telephonically, as required by the undersigned's standing order. (Judge Westmore's General Standing Order ¶ 12.) If the parties' meet and confer efforts do not completely resolve the dispute, they shall file a joint letter within five business days of the meet and confer session. *Id.* at ¶ 13. All joint letters must comply with the format contained in the undersigned's standing order. *See id.* The parties are advised that the refusal to participate in the joint letter process is tantamount to consenting to the relief requested.

IT IS SO ORDERED.

Dated: March 29, 2019

KANDIS A. WESTMORE
United States Magistrate Judge